IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **MARCUS D. MCQUEEN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:20cv389-MHT |
| ) | (WO) |
| **DEPARTMENT OF CORRECTION,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

OPINION AND ORDER

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging the conditions of confinement at the Fountain Correctional Facility and complaining that guards at the facility are intentionally subjecting inmates to unnecessary uses of force. This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1404(a). There are no objections to the recommendation. After an independent

and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

Accordingly, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 5) is adopted.

(2) This case is transferred to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1404(a).

(3) The pending motion is left for resolution by the transferee court.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 30th day of June, 2020.

                                                    /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**