IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS D. MCQUEEN, AIS # 177303, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION 20-0338-CG-MU ) |
| DEPARTMENT OF CORRECTIONS, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 20, 2020 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 19th day of August, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE